MEMO ENDORSED



**Michael S. Adler, Partner**
Tel: 212.356.0251
Fax: 646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

April 22, 2021

The parties' request to adjourn the Show Cause Hr'g for Default Judgment via teleconf. from Apr. 30, 2021 until June 30, 2021 at 3:30 pm is granted. Defts' opposition shall be filed no later than June 23, 2021. See Order to Show Cause (ECF No. 23) for dial-in instructions. Pltfs. directed to mail a copy of this endorsement to Defts. and file proof of service. Clerk of Court requested to terminate the motion (doc. 36). Dated: April 23, 2021

By Electronic Case Filing

Honorable Nelson S. Roman
United States District Court
 for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: Teamsters Local 456 Pension, Health & Welfare Funds, et al. v. Mid Hudson Trucking, Inc., et al., Civil Action No. 7:20-cv-02026-NSR

Dear Judge Roman:

We represent Plaintiffs in the above-referenced matter. We write, with Defendants' consent, to request: (a) a sixty (60) day postponement of the April 30, 2021 hearing on the Court issued Order to Show Cause (DE 31); and (b) a new date be set for submission of any opposition to the Order to Show Cause and related documents.

The reason for the requests is that today, Defendants contacted Plaintiffs to discuss resolution of the pending litigation. Defendants indicated that the delay in recent communication, which led to the motion filing, stemmed from serious familial medical health issues, amongst other reasons. The parties ask for sixty (60) days, and not a shorter period, due to the ongoing medical situation and to allow Defendants to review the math, submit to Plaintiffs any documents they believe warrant a mathematical reduction, and to hopefully settle the lawsuit without need for additional judicial assistance.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: 4/23/2021

cc: Defendants, by email
mike.hudson@outlook.com

9629705.1