

**MEMO ENDORSED**

Michael S. Adler, Partner
Tel:   212.356.0251
Fax:  646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

June 25, 2021

Pltfs' request to adjourn the Show Cause Hearing for Default Judgment via teleconf. from June 30, 2021 until July 29, 2021 at 3:45 pm is granted. Defts' opposition shall be filed no later than July 22, 2021. See Order to Show Cause (ECF No. 23) for dial-in instructions. Pltfs. are directed to mail a copy of this endorsement to Defts. and file proof of service. Clerk of Court requested to terminate the motion (doc. 39).
Dated:  June 28, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

By Electronic Case Filing

Honorable Nelson S. Roman
United States District Court
 for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   Teamsters Local 456 Pension, Health & Welfare Funds, et al. v.
      Mid Hudson Trucking, Inc., et al., Civil Action No. 7:20-cv-02026-NSR

Dear Judge Roman:

We represent Plaintiffs in the above-referenced matter. We write to request a thirty (30) day postponement of the June 30, 2021 hearing on the Court issued Order to Show Cause.

The reason for the request is that recently Defendants submitted remittance reports reflecting less due than had been estimated and today, Defendants contacted Plaintiffs and advised that payment would be forthcoming within three weeks and that reports for additional months will be submitted, and paid shortly. As such, if this request is granted, Plaintiffs will use this time to try and finalize settlement, but in any event, if payment is not received, will provide the Court with new figures as a result of the recent developments.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

cc:   Defendants, by email
      mike.hudson@outlook.com

9710312.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/28/2021